

# THE ATTORNEY GENERAL
## OF TEXAS

GERALD C. MANN

ATTORNEY GENERAL

AUSTIN 11, TEXAS

March 15, 1939

Hon. E. H. Thornton, Jr.
Chairman, Appropriations Committee
House of Representatives
Austin, Texas

Dear Sir:

Opinion No. 0-496
Re: H.B. 259 in regard to the
suspension of all statutes
fixing salaries and the
enabling of the Legislature
to set the amounts of such
salaries.

Your request for an Opinion, as to whether or not H.B. 259 effectively suspends all statutes fixing salaries and enables the Legislature to set all salaries at amounts which it deems proper regardless of any other statutory provisions, has been received by this office.

It is the opinion of this Department, after a careful examination of a copy of H.B. 259, that the bill operates to permit the Legislature to fix the salary of all State officers and employees named in the bill with due regard to the exceptions embodied therein, and that other statutes fixing salaries are suspended except where such statutes are merely repetition of constitutional provisions.

Yours very truly,

ATTORNEY GENERAL OF TEXAS

BY /s/ Ross Carlton
Ross Carlton
Assistant

RC:jm:lm

APPROVED:

/s/ Gerald C. Mann

ATTORNEY GENERAL OF TEXAS